UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO LOPEZ CASIMIRO,<br><br>Petitioner,<br><br>v.<br><br>MARTIN GAMBOA, Warden,<br><br>Respondent. | No. 1:24-cv-01400-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DIRECTING PETITIONER TO FILE AN AMENDED PETITION DELETING UNEXHAUSTED CLAIMS OR REQUEST DISMISSAL WITHOUT PREJUDICE<br><br>Docs. 12, 16 |

Petitioner Raymundo Lopez Casimiro is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2025, the assigned magistrate judge issued findings and recommendations to grant respondent's motion to dismiss for failure to exhaust state remedies. Doc. 16. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 5, 2025, Doc. 16, are adopted in full;
2. Respondent's motion to dismiss, Doc. 12, is granted;
3. Within thirty (30) days of the date of this order, petitioner is directed to file an amended petition setting forth only the unexhausted claims, or in the alternative, to request dismissal of the petition without prejudice so he may return to state court to exhaust claim three and claim two, to the extent claim two seeks to raise an independent claim of ineffective assistance of counsel.

IT IS SO ORDERED.

Dated:  June 5, 2025

_____
UNITED STATES DISTRICT JUDGE

2