UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO LOPEZ CASIMIRO,<br><br>Petitioner,<br><br>v.<br><br>MARTIN GAMBOA, Warden,<br><br>Respondent. | No. 1:24-cv-01400-KES-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR DISMISSAL AND DISMISSING PETITION WITHOUT PREJUDICE<br><br>Doc. 18 |

Petitioner Raymundo Lopez Casimiro is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 6, 2025, the Court issued an order granting respondent's motion to dismiss because certain claims were unexhausted. *See* Docs. 16, 17. The Court directed petitioner to either file an amended petition with the unexhausted claims deleted or request dismissal without prejudice. Doc. 17. On July 18, 2025, petitioner filed a motion to dismiss the petition without prejudice. Doc. 18.

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly,

2  1. The Court GRANTS petitioner's motion to dismiss the petition;

3  2. The petition is DISMISSED WITHOUT PREJUDICE; and

4  3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:  July 22, 2025

UNITED STATES DISTRICT JUDGE

2